MABEL S. FREEMAN, as Administratrix with the Will Annexed of the Estate of ELBRIDGE H. WHITE, Deceased, Appellant, *v.* MUTUAL LIFE INSURANCE COMPANY OF NEW YORK, Respondent.

Argued October 6, 1941; decided November 19, 1941.

607

*Rowland H. Long* for appellant.

*John G. Kelly* and *Louis W. Dawson* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.